[Crim. No. 3974. In Bank.—June 18, 1936.]

In the Matter of the Application of WONG WAY for a Writ of Habeas Corpus.

John L. McNab and Leo A. Sullivan for Petitioner.

F. Bert Fernhoff, City Attorney (Oakland), and John W. Collier, Assistant City Attorney, for Respondent.

THE COURT.— In this case, as in the case of *In re Mark*, Crim. No. 3973 (*ante*, p. 516 [58 Pac. (2d) 913]), this day decided, a writ of *habeas corpus* was issued for the purpose of considering the validity of the arrest and conviction of the petitioner for a violation of section 5–8.22 of the same ordinance of the city of Oakland which was involved in the Mark case. Inasmuch as each case depended upon identical questions of fact and law, the disposition of the matter in the Mark case is controlling here.

It is therefore ordered that the petitioner be discharged from custody.